DYER ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.

No. 67.   Decided May 18, 1959.

*J. Raymond Dyer* for petitioners.

*Solicitor General Rankin, Thomas G. Meeker, Aaron Levy, Solomon Freedman* and *Joseph S. Mitchell, Jr.* for the Securities and Exchange Commission, respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Eighth Circuit is vacated and the case is remanded to that court for further consideration in the light of its decision in *Dyer* v. *Securities & Exchange Comm'n,* No. 15989, decided April 10, 1959, 266 F. 2d 33.

CADY *v.* IOWA.

No. 718, Misc.   Decided May 18, 1959.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.